UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESTORSEA, LLC,<br><br>                    Plaintiff,<br><br>- against -<br><br>AQUA BIO TECHNOLOGY ASA,<br><br>                    Defendant. | Case No. 1:14-cv-00811-ALC-JLC<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Abid R. Qureshi, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Aqua Bio Technology ASA in the above-captioned matter.

I am in good standing of the bars of the District of Columbia and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 2, 2014

                                          Respectfully Submitted,

                                          /s/ Abid R. Qureshi
                                          Abid R. Qureshi
                                          Latham & Watkins LLP
                                          555 Eleventh Street, NW, Suite 1000
                                          Washington, D.C. 20004
                                          Tel: (202) 637-2200
                                          Fax: (202) 637-2201
                                          abid.qureshi@lw.com

                                          *Attorney for Defendant*
                                          *Aqua Bio Technology ASA*