UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESTORSEA, LLC,

Plaintiff,

- against -

AQUA BIO TECHNOLOGY ASA,

Defendant.

Case No. 1:14-cv-00811-ALC-JLC

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Abid R. Qureshi for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of

Columbia and Virginia and that his contact information is as follows:


Applicant's Name: Abid R. Qureshi

Firm Name: Latham & Watkins LLP

Address: 555 Eleventh Street, NW – Suite 1000

City/State/Zip: Washington, D.C. 20004

Telephone/Fax: (202) 637-2200/(202) 637-2201


Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Defendant Aqua Bio Technology ASA in the above-entitled action;


**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated: _____, 2014


                                         _____

                                         Honorable James L. Cott
                                         United States Magistrate Judge