**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

RESTORSEA, LLC,                                              :

                                    Plaintiff,               :

                    -against-                                :       14 Civ. 0811 (ALC)

                                                             :       **ORDER**

AQUA BIO TECHNOLOGY ASA,                                     :

                                    Defendant.               :
------------------------------------------------------------ X

**ANDREW L. CARTER, JR., District Judge:**

      The Court held a status conference with the parties on May 7, 2014.  Pursuant to the

discussion at that conference, the Court will enter an Order referring this case to Magistrate

Judge Cott for a settlement conference.  The parties should contact Magistrate Judge Cott's

Chambers directly to schedule the settlement conference.

      The parties shall submit a Joint Status Report by **June 20, 2014**, informing the Court of

the status of settlement negotiations.

**SO ORDERED.**

Dated:      New York, New York
            May ⎯7⎯, 2014

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**