# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Joseph Serino, Jr., P.C.
To Call Writer Directly:
(212) 446-4913
joseph.serino@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

June 4, 2014

**Via ECF Filing**

Hon. James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
United States Courthouse
New York, NY 10007

      Re:    *Restorsea, LLC v. Aqua Bio Technology ASA*, No. 14-cv-0811-ALC-JLC

Dear Magistrate Judge Cott:

      We represent plaintiff Restorsea, LLC. Pursuant to Paragraph 8 of the Court's Standing Order for All Cases Referred for Settlement, we write to request an adjournment of the settlement conference currently scheduled for June 18, 2014 at 2:15 p.m., until July 16, 2014 at 10:00 a.m.

      We have conferred with counsel for defendant Aqua Bio Technology ASA, who consents to and joins in this request. Pursuant to Paragraph 8 of Your Honor's Standing Order, the parties have also cleared this date and time with the Deputy Clerk. This is the parties' first request for an adjournment, and this request is being made two weeks before the scheduled settlement conference date. This request will not require changes in other currently-scheduled dates.

      Based on the foregoing, we respectfully request that the Court adjourn the settlement conference until July 16, 2014 at 10:00 a.m.

      Respectfully submitted,

      Joseph Serino, Jr., P.C.

cc:      All counsel of record (via ECF)