UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESTORSEA, LLC,<br><br>     Plaintiff,<br><br>- against -<br><br>AQUA BIO TECHNOLOGY ASA,<br><br>     Defendant. | Case No. 1:14-cv-0811-ALC<br><br>ECF Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Restorsea, LLC, through counsel, hereby dismisses this action with prejudice. Each party shall bear their own attorney's fees and costs.

Dated:  July 7, 2014

              */s/ Joseph Serino, Jr., P.C.*
              Joseph Serino, Jr., P.C.
              David S. Flugman
              Dmitriy G. Tishyevich
              KIRKLAND & ELLIS LLP
              601 Lexington Avenue
              New York, New York  10022
              Telephone:  (212) 446-4800
              Facsimile:  (212) 446-4900
              joseph.serino@kirkland.com
              david.flugman@kirkland.com
              dmitriy.tishyevich@kirkland.com

              *Attorneys for Plaintiff Restorsea, LLC*